UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Docket No. '07 MJ 2449 |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | |
| ) | Title 8, U.S.C., Section 1326 |
| Victor MEDINA-Iracheta, ) | Deported Alien Found in the United States |
| ) | |
| Defendant ) | |

The undersigned complainant, being duly sworn, states:

On or about **October 14, 2007** within the Southern District of California, defendant, **Victor MEDINA-Iracheta,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **15th** DAY OF **OCTOBER 2007**

_____
William McCurine Jr.
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Victor MEDINA-Iracheta

## PROBABLE CAUSE STATEMENT

On October 14, 2007, Border Patrol Agent J. Welter was assigned patrol duties in the border patrol area of operations in Campo, California. This is an area approximately 18 miles east of the Tecate, California Port of Entry and three miles north of the Mexico/United States International Border. At approximately 4:45 a.m., Agent Welter observed footprints heading in a northerly direction from this area. Agent Welter followed the footprints for approximately thirty minutes, where he encountered six individuals attempting to conceal themselves in brush. One of these individuals was later identified as the defendant, **Victor MEDINA-Iracheta**. Agent Welter immediately identified himself as a United States Border Patrol Agent and questioned all six individuals as to their citizenship and nationality. All individuals, including the defendant, freely admitted to being citizens and nationals of Mexico without the proper documents to enter or remain in the United States legally. All individuals were arrested and transported to the Border Patrol Station in Campo, California for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on or about **August 18, 2005.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant of his Miranda Rights. The defendant stated that he understood these rights and was willing to make a statement without an attorney present. The defendant stated that he is a citizen and national of Mexico who knowingly entered the United States illegally by walking through the hills and crossing the international boundary fence. The defendant further stated that he was not in possession of any documents to allowing him to be in or remain in the United States legally.

William McCurine Jr.
U. S. Magistrate Judge

10/15/07, 0912hrs
Date/Time

James Trombley
Senior Patrol Agent