MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs __Victor Medina-Iracheta__ No. __07cr3061-JM__

The Court finds excludable delay, under the section indicated by check ( ✓ ),
commenced on __12/20/07__ and ended on __1/18/08__ ; (X7, XT1)
_____ and ended on _____ . (    )

3161(h)
____ (1)(A)   Exam or hrg for **mental or physical incapacity**                                   A
____ (1)(B)   **NARA exam**ination (28:2902)                                                      B
____ (1)(D)   State or Federal trials or **other charges pending**                                C
____ (1)(E)   **Interlocutory appeals**                                                           D
____ (1)(F)   **Pretrial motions** (from flg to hrg or other prompt dispo)                        E
____ (1)(G)   **Transfers from other district** (per FRCrP 20, 21 & 40)                           F
____ (1)(J)   **Proceedings under advisement** not to exceed thirty days                          G
____          Misc proc: Parole or prob rev, deportation, **extradition**                         H
____ (1)(H)   **Transportation** from another district or to/from examination
              or hospitalization in ten days or less                                              6
_X__ (1)(I)   Consideration by Court of **proposed plea agreement**                              (7)
____ (2)      **Prosecution deferred** by mutual agreement                                        I
____ (3)(A)(B) **Unavailability of defendant** or **essential witness**                           M
____ (4)      Period of **mental or physical incompetence** of defendant to
              stand trial                                                                         N
____ (5)      Period of **NARA commitment or treatment**                                          O
____ (6)      **Superseding indictment** and/or new charges                                       P
____ (7)      **Defendant awaiting trial of co-defendant** when no severance
              has been granted                                                                    R
____ (8)(A)(B) **Continuances** granted per (h)(8)-use "T" alone if more than
              one of the reasons below are given in support of continuance                        T
____ (8)(B)(I) 1) Failure to grant a **continuance** in the proceeding
                 would result in a **miscarriage of justice** and
                 the ends of justice outweigh the best interest
                 of the public and the defendant in a speedy trial.
                 **(Continuance - miscarriage of justice)**                                      (T1)
_X__          2) Failure to grant a **continuance** of the trial would result in
                 a miscarriage of justice as the defendant has tendered a
                 guilty plea to a magistrate judge and is awaiting a
                 determination as to whether the plea will be accepted.
                 **(Continuance - tendered a guilty plea)**
____ (8)(B)(ii) 2) **Case unusual or complex**                                                    T2
____ (8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in thirty (30) days       T3
____ (8)(B)(iv) 4) **Continuance** granted in order to obtain or substitute counsel,
                 or give reasonable time to prepare
                 **(Continuance re counsel)**                                                     T4
____ 3161(I)  Time up to **withdrawal of guilty plea**                                            U
____ 3161(b)  **Grand jury indictment time extended** thirty (30) more days                       W

Date __12-20-07__                                          _____
                                                           Judge's Initials