FILED

United States District

08 AUG -8 AM 9:51

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                          DEPUTY

Sadiego Ca.

**NUNC PRO TUNC**

AUG - 5 2008

United States

V

Victor Medina- L Racheta

Case #
07CR 3061-Jm

Comes now the Said Defendant in the above
Case number in Pro-Per. Do to the fact the
said Defendant is not School'd in Law He Respectfull
Request that the said Court gives Some Leeway towards
the Motion that he Now files with the Court.

Comes Now the said Defendant in Pro-Per
with a request to have his motion heard with
the Honble Court. The Said Defendant Respectful
Request that the Court give Clarifactions in the
Sencten on the Above Case's to the said
Defendant, and to the U.S Department of Justice
and the Federal Bureau of Prison's. The Defendant
Now Brings forth the following

AUG 0 8 2008

RECEIVED

1 of 3

## Statements of Facts:

#1.

When the Defendant was Sentenced to the following terms of Comitment in the Federal Bureau of Prison's. It was to his UnderStanding that all the terms would Run Concurrent. The said Defendant Has try'd 3 times to Reach the Pubo Defender that Defended Him in the Honuble Court with forth their has Been no Respence.

So now Comes the said Defendant in Pro-Per to this Court with his Respectful Request. that the F.B.O.P has taken one of the terms of Commitmet and has Ran Consceitive to his 30 month term. The said Defendant now has to do a 30 month Term then he has to do a 18 month term concertive.

It was his understanding all his Case #'s where to Run Concurrent. Not Cencetive to one another. The Defendant has enclosed a copy of B.O.P.s time Comp.

The Said Defendant now Request
Relef in the said cases and Clarifaction
for F.B.O.P.. In Stead of going home
to Mexico the Defendant will Be Starting
a new term of Comitment!

The Defendant Request with Respect to
the Court to have some form of help or Better
Understanding!

Thank you.

```
   VVM1D  540*23 *          SENTENCE MONITORING        *      07-21-2008
PAGE 001         *           COMPUTATION DATA          *      17:05:39
                             AS OF 07-21-2008
```

REGNO..: 05276-298 NAME: MEDINA-IRACHETA, VICTOR

```
FBI NO...........: 812115HB2          DATE OF BIRTH: 04-08-1978
ARS1.............: VVM/A-DES
UNIT.............: A 1/2               QUARTERS.....: A01-132U
DETAINERS........: YES                 NOTIFICATIONS: NO
```

PRE-RELEASE PREPARATION DATE: 07-12-2010

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  10-30-2010 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

```
COURT OF JURISDICTION...........: CALIFORNIA, SOUTHERN DISTRICT
DOCKET NUMBER...................: 07CR3061-JM
JUDGE...........................: MILLER
DATE SENTENCED/PROBATION IMPOSED: 01-18-2008
DATE COMMITTED..................: 02-19-2008
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
```

```
                 FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.:  $100.00        $10.00          $00.00       $00.00
```

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO       AMOUNT:  $00.00

-----------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:   170
OFF/CHG: 8:1325; ILLEGAL ENTRY (MISDEMEANOR). (COUNT 1).
         8:1325; ILLEGAL ENTRY (FELONY).  (COUNTS 2-3).

```
 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    42 MONTHS
 TERM OF SUPERVISION............:    1 YEARS
 DATE OF OFFENSE................: 10-14-2007
```

G0002       MORE PAGES TO FOLLOW . . .

```
   VVM1D   540*23  *            SENTENCE MONITORING        *        07-21-2008
 PAGE 002          *            COMPUTATION DATA           *        17:05:39
                                AS OF 07-21-2008
```

REGNO..: 05276-298 NAME: MEDINA-IRACHETA, VICTOR


-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 02-22-2008 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 02-22-2008 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

```
DATE COMPUTATION BEGAN..........: 01-18-2008
TOTAL TERM IN EFFECT............:     42 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:      3 YEARS        6 MONTHS
EARLIEST DATE OF OFFENSE........: 10-14-2007

JAIL CREDIT.....................:    FROM DATE      THRU DATE
                                     10-14-2007     01-17-2008

TOTAL PRIOR CREDIT TIME.........: 96
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 164
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 10-30-2010
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 04-12-2011


PROJECTED SATISFACTION DATE.....: 10-30-2010
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: CT.1-6MOS TO RUN CC TO CT.2.   CT.2-24MOS TO RUN CC TO CT.1.
                CT.3-24MOS W/18 MOS TO RUN CS TO CT.2 AND 6 MOS TO RUN CC TO
                CT.1.   **NO PSI-WAIVED.
```

G0002     MORE PAGES TO FOLLOW . . .