# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br>  vs.<br>VICTOR MEDINA-IRACHETA,<br><br>                      Defendant. | CASE NO. 07 CR 3061 JM<br><br>**ORDER DENYING MOTION WITHOUT PREJUDICE** |

Defendant filed a motion <u>in propria persona</u> for clarification of his sentence. (Doc. no. 21 (filed Aug. 8, 2008, nunc pro tunc to Aug. 5, 2008.)  The court **DENIES** this motion without prejudice.  Plaintiff is advised that, if he wishes to file a motion, he should contact the office of the Federal Defenders of San Diego at (619) 234-8467 and ask to speak to any available attorney, since his former counsel, Amber Baylor, no longer works at that office.

The Clerk of Court is instructed to mail to Defendant a copy of his motion and a copy of this order.

**IT IS SO ORDERED.**

DATED: August 14, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

- 1 -

07cr3061